UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                             Criminal No. 09-cr-41-05-JL

<u>Yomaira Arias Cordero</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 103 ) filed by defendant is granted; Final Pretrial is rescheduled to March 25, 2010 at 10:00; Trial is continued to the two-week period beginning 4/6/2010, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  /s/ Joe Laplante
                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date:  January 20, 2010


cc:   All counsel
      U.S. Marshal
      U.S. Probation